IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| S.G. and T.G., by and through their adoptive mother, Amy Garcia, | ) ) ) | |
| Plaintiff | ) ) | Case No: 13 C 4974 |
| v. | ) ) | |
| | ) | Judge: Ruben Castillo |
| Julie Hamos, Director of the Illinois Dept. of Healthcare and Family Services; et al., Defendants | ) ) ) ) | |

## **ORDER**

Defendant, Michelle R.B. Saddler, Secretary of the Illinois Department of Human Services is hereby dismissed with prejudice, and each party to bear its own costs and attorneys' fees pursuant to the Stipulation to Dismiss [32] filed by the parties on 9/10/13. Defendant Saddler's motion to dismiss plaintiffs' complaint [31] is denied as moot.


Date: 9/10/13                                          /s/ Chief Judge Ruben Castillo